Cat08, Termed, Vecchiar

# U.S. District Court
# Northern District of Ohio (Cleveland)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00765-LW
# Internal Use Only

Sayler et al v. Davol, Inc. et al
Assigned to: Hon. Lesley Wells
Demand: $75,000
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/15/2007
Date Terminated: 06/29/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Richard H. Sayler** represented by **Nicholas A. DiCello**
Spangenberg, Shibley & Liber
2400 National City Center
1900 East Ninth Street
Cleveland, OH 44114
216-696-3232
Fax: 216-696-3924
Email: nad@spanglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Brodhead**
Spangenberg, Shibley & Liber
2400 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3400
216-696-3232
Fax: 216-696-3924
Email: pjb@spanglaw.com

**Plaintiff**

**Lucinda J. Sayler** represented by **Nicholas A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Brodhead**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

represented by **Gary D. Hermann**
Hermann, Cahn & Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030
Email: ghermann@hcsattys.com
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Moeller**
Hermann, Cahn & Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030
Email: jmoeller@hcsattys.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.**

represented by **Gary D. Hermann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Moeller**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2007 | 1 | Complaint with jury demand against Davol, Inc., C.R. Bard, Inc. ( Filing fee 350 receipt number 2378031.). Filed by Richard H. Sayler, Lucinda J. Sayler. (Attachments: # 1 Civil Cover Sheet # 2 Summons for Davol, Inc.# 3 Summons for C.R. Bard, Inc.) (Brodhead, Peter) (Entered: 03/15/2007) |

| | | |
|---|---|---|
| 03/16/2007 | | Judge Lesley Wells assigned to case. (C,BA) (Entered: 03/16/2007) |
| 03/16/2007 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge Vecchiarelli. (C,BA) (Entered: 03/16/2007) |
| 03/16/2007 | 2 | Magistrate Consent Form issued to counsel. (C,BA) (Entered: 03/16/2007) |
| 03/19/2007 | 3 | Supplement to *Summons for Davol, Inc.* filed by all plaintiffs. (Brodhead, Peter) (Entered: 03/19/2007) |
| 03/19/2007 | 4 | Supplement to *Summons for C.R. Bard, Inc.* filed by all plaintiffs. (Brodhead, Peter) (Entered: 03/19/2007) |
| 03/19/2007 | 5 | Summons and Magistrate Consent Form issued to counsel for service upon Davol, Inc., & C.R. Bard, Inc.. (Attachments: # 1 Magistrate Consent Form) (M,P) Additional attachment(s) added on 3/19/2007 (M, P). (Entered: 03/19/2007) |
| 04/17/2007 | 6 | Return of Service Executed upon C.R. Bard by certified mail, return receipt on 4/4/07 filed by all plaintiffs (Brodhead, Peter) (Entered: 04/17/2007) |
| 04/17/2007 | 7 | Return of Service Executed upon Davol, Inc. by certified mail, return receipt on 3/28/07 filed by all plaintiffs (Brodhead, Peter) (Entered: 04/17/2007) |
| 04/17/2007 | 8 | Corporate Disclosure Statement filed by C.R. Bard, Inc.. (Moeller, Jeffrey) (Entered: 04/17/2007) |
| 04/17/2007 | 9 | (WRONG DOCUMENT attached. See 11) Initial Disclosures filed by Davol, Inc.. (Moeller, Jeffrey) Modified on 4/17/2007 (A, P). (Entered: 04/17/2007) |
| 04/17/2007 | 10 | Answer to Complaint with Jury Demand (Related Doc # 1) filed by Davol, Inc., C.R. Bard, Inc.. (Moeller, Jeffrey) (Entered: 04/17/2007) |
| 04/17/2007 | 11 | Corporate Disclosure Statement filed by Davol, Inc.. (Moeller, Jeffrey) (Entered: 04/17/2007) |
| 04/17/2007 | 12 | Motion (Partial) to dismiss filed by Davol, Inc., C.R. Bard, Inc. (Moeller, Jeffrey) Modified on 4/17/2007 (A, P). (Entered: 04/17/2007) |
| 04/17/2007 | 13 | Memorandum In Support of 12 Motion (Partial) to dismiss *Memorandum of Law* filed by Davol, Inc., C.R. Bard, Inc. (Moeller, Jeffrey) Modified on 4/17/2007 (A, P). (Entered: 04/17/2007) |

| | | |
|---|---|---|
| 05/17/2007 | 14 | Opposition to 12 Motion to dismiss *Defendants' Partial Motion to Dismiss and Motion to Stay Pending Decision by the Judicial Panel on Multidistrict Litigation* filed by all plaintiffs. (Attachments: # 1 Exhibit A - Movant Montiel's Fourth Notice of Tag-Along Action# 2 Exhibit B - Movant Montiel's Notice of Tag-Along Actions# 3 Appendix Attachment No. 1 -- 1) American Seafood Inc v Magnolia Processing Inc; 2) Arthur-Magna Inc v Del-Val Fin Corp; 3) Bellinger v Hewlett Packard Co; 4) Kaspar v Merck & Co Inc; 5) Portnoy v Zenith Labs; 6) Swiger v Terminex Intl Co LP)(DiCello, Nicholas) (Entered: 05/17/2007) |
| 05/23/2007 | 15 | Reply Memorandum In Support of 12 Motion to dismiss *Defendants' Partial Motion to Dismiss and Defendants' Opposition to Plaintiffs' Motion to Stay Pending Decision by the Judicial Panel on Multidistrict Litigation* filed by Davol, Inc., C.R. Bard, Inc.. (Moeller, Jeffrey) (Entered: 05/23/2007) |
| 06/29/2007 | 16 | **Transfer Order** by Judicial Panel on Multidistrict Litigation. In re MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation. Case transferred to the District of Rhode Island and assigned to the Honorable Mary H. Lisi. (RH Case No. 07-1853).(S,R) (Entered: 06/29/2007) |