**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD H. SAYLER and LUCINDA SAYLER, | ) | |
| Plaintiffs | ) | Civil Action No.: 1:07-cv-00765-LW |
| v. | ) | |
| DAVOL INC. and C. R. BARD, INC. | ) | |
| Defendants. | ) | |

**DEFENDANTS' PARTIAL MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants C.R. Bard, Inc. ("Bard") and Davol Inc. ("Davol") request that this Court dismiss plaintiffs' breaches of implied warranties of merchantability and fitness for a particular purpose claims and their common law deceptive trade practices claim.

Plaintiffs' claims for breaches of implied warranties of merchantability and fitness for a particular purpose are improper under Ohio product liability law as such claims have been preempted by Ohio's Product Liability Act. *See* O.R.C. § 2307.71(B); *see also Brown v. Teledyne Continental Motors, Inc.*, No. 1:06-cv-00026, 2006 WL 3256531, at *3 (N.D. Ohio Nov. 9, 2006)(recognizing preemption of implied warranty claims for personal injury by Ohio Product Liability Act); *Thomas v. Ford Motor Co.*, No. 1:06-cv-00201, 2006 WL 1423501, at *2 (N.D. Ohio May 10, 2006)(same); *Nadel v. Burger King Corp.*, 695 N.E.2d 1185, 1189-90 (Ohio App. 1997)(same); *cf. Saraney v. Tap Pharma. Prod., Inc.*, No. 1:04-cv-02026, 2007 WL 148845, at *9 n. 4 (N.D. Ohio Jan. 16, 2007)(recognizing elimination of common claim product

liability claims under Ohio law). As such, plaintiffs' implied warranty claims cannot stand as a matter of law.

Plaintiffs' common law deceptive trade practices claim suffers the same fate. *See* O.R.C. § 2307.71(B); *see also Saraney v. Tap Pharma. Prod., Inc.*, No. 1:04-cv-02026, 2007 WL 148845, at *9 n. 4 (N.D. Ohio Jan. 16, 2007)(recognizing elimination of common claim product liability claims under Ohio law).

In conclusion, the Ohio Product Liability Act preempts plaintiffs' claims for breaches of implied warranties and common law deceptive trade practices thus warranting dismissal. The grounds for this motion are detailed in the accompanying Memorandum of Law filed herewith.

Respectfully submitted this 17th day of April, 2007.

**s/Jeffrey S. Moeller**
Gary D. Hermann (0025285)
Jeffrey S. Moeller (0074512)
Attorney for Defendants
HERMANN, CAHN & SCHNEIDER, LLP
1301 East Ninth Street, Suite 500
Cleveland, OH 44114
Tel: 216-781-5515
Fax: 216-781-1030
Email: jmoeller@hcsattys.com

Of Counsel:
Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2007, a copy of the foregoing C.R. Bard, Inc.'s and Davol Inc.'s Motion to Dismiss was served via the Court's electronic distribution system.

**s/Jeffrey S. Moeller**
Gary D. Hermann (0025285)
Jeffrey S. Moeller (0074512)
Attorney for Defendants
HERMANN, CAHN & SCHNEIDER, LLP
1301 East Ninth Street, Suite 500
Cleveland, OH 44114
Tel: 216-781-5515
Fax: 216-781-1030
Email: jmoeller@hcsattys.com