**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION** | ) ) ) ) | **MDL Docket No. 1842** |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given to all parties that Rhonda Baker Debevec of Spangenberg Shibley & Liber, 1900 East Ninth Street, Suite 2400, Cleveland, OH 44114 is entering his appearance as one of the counsel of record for Plaintiffs, Richard H. Sayler and Lucinda J. Sayler.

s/Rhonda Baker Debevec
PETER J. BRODHEAD (0006733)
NICHOLAS A. DICELLO (0075745)
RHONDA BAKER DEBEVEC (0068260)
*Counsel for Plaintiffs*

OF COUNSEL:

SPANGENBERG, SHIBLEY & LIBER
1900 East Ninth Street, Suite 2400
Cleveland, Ohio 44114
(216) 696-3232
FAX: (216) 696-3924
pjb@spanglaw.com
nad@spanglaw.com
rbd@spanglaw.com

# ***CERTIFICATE OF SERVICE***

A copy of the foregoing Notice of Appearance of Counsel was filed electronically with the Court on this 5th day of November, 2007. Notice of this filing will be sent to all parties by electronic means and/or First Class postage to all counsel of record.

/s/Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main St.
Providence, RI 02903
401-457-7700
401-457-7708 Fax